# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

U.S. Bancorp Cash Balance Pension Plan, et al.

v.

Julie Partlow, et al.

**PRETRIAL CONFERENCE NOTICE**

**Case Number Civil 00-807 PAM/JGL**

(x) TAKE NOTICE That the proceeding in this case has been **continued** to a new date and time. The change is indicated below.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Thursday, September 7, 2000 @ 11:20 A.M., for a Pretrial Conference.**

Dated: August 23, 2000

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Stephen P. Lucke
Kevin C. Braley
Heidi Schmid
James A. Marks

FILED AUG 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________