UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. Bancorp Cash, et al.

Plaintiffs,

Civil 00-807 PAM/JGL

v.

**ORDER OF DISMISSAL**

Julie Partlow,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 8 , 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

MAR 08 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK