RECEIVED
01 MAY -3 PM 2:04
CLERK, U.S. DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

Case Type: Civil
Court File No. 00-807 PAM/JGL

U. S. Bancorp Cash Balance Pension Plan, U. S. Bancorp Employee Term Life Insurance Plan, Minnesota Life Insurance Company,

Plaintiffs,

v.

Julie Partlow, individually, and in her capacity as Personal representative of the Estate of Mae J. Wallack; Roger Sjolander; and Steven Wallack

Defendants.

STIPULATION OF SETTLEMENT,
AND
ORDER FOR DISBURSEMENT

**STIPULATION OF SETTLEMENT**

WHEREAS, this interpleader action was initially brought by Plaintiffs asking the Court to adjudicate the disputes between the Defendants to certain life insurance and pension proceeds of the late Mae Wallack; and

WHEREAS, Plaintiff's deposited with the Court funds in the approximate amount of $ 29,148.05 which represented the amount in dispute between the Defendants, and

WHEREAS, Plaintiffs have already been discharged by Stipulation between the parties and Order of this Court; and

NOW THEREFORE, the Remaining Defendants have agreed to settle the matter as follows:

1. That the proceeds on deposit with the court, including accrued interest and excluding any fees assessed with respect to such interest, should be distributed as follows:

   a. A single disbursement of $ 8,500.00 out of the funds in the register of the Court, by issuance of a check in that amount payable to "Julie Partlow, the Estate of Mae J. Wallack, Steven Wallack, and their attorney, Heidi Schmid";

   b. A second disbursement of the entire remaining funds (approximately $ 21,500.00) out of the funds in the register of the Court, by issuance of a check payable to "Roger Sjolander and his attorney, James Marks";

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

2. That following the above distributions, the above matter should be dismissed on its merits and with prejudice but without costs or disbursements to any of the parties; and

3. By signing below, each of the parties agrees to a final and complete settlement on the above terms.

**STATE OF MINNESOTA )**
**)ss**
**COUNTY OF** Ramsey **)**

Sworn and Subscribed to me on this 12 day of April, 2001.

Charles P. Coughlen, Jr.
Notary Public

x Julie Partlow
Julie Partlow, an individual

*Notary Seal*
CHARLES P. COUGHLEN, JR.
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

**STATE OF MINNESOTA )**
**)ss**
**COUNTY OF** Ramsey **)**
Sworn and Subscribed to me on this 12 day of April, 2001.

Charles P. Coughlen, Jr.
Notary Public

x Julie Partlow
Julie Partlow, Personal Representative of the Estate of Mae J. Wallack

*Notary Seal*
CHARLES P. COUGHLEN, JR.
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

**STATE OF MINNESOTA )**
**)ss**
**COUNTY OF** Ramsey **)**

Sworn and Subscribed to me on this 12 day of April, 2001.

Charles P. Coughlen, Jr.
Notary Public

Steve Wallack
Steven Wallack

*Notary Seal*
CHARLES P. COUGHLEN, JR.
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

**STATE OF MINNESOTA )**
**)ss**
**COUNTY OF** Ramsey **)**

Sworn and Subscribed to me on this 3 day of May, 2001.

Jeanne L. Rakotz
Notary Public

Roger V. Sjolander
Roger Sjolander

*Notary Seal*
JEANNE L. RAKOTZ
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Approved as to Form:

Dated: 4/25, 2001.

James A. Marks, ID # 259433
Attorney for Defendant Roger Sjolander
Executive Office Center – Suite 404
2785 White Bear Avenue North
Maplewood, Minnesota 55109
Telephone: {651} 748-0424

Dated: 4/9/01, 2001.

Heidi Schmid ID # 242482
Attorney for Defendants Estate of Mae Wallack, Julie Partlow, and Steven Wallack
175 Inglewood Street
Long Lake, MN 55356
Telephone: (952) 475-2992

**ORDER FOR DISBURSEMENT**

The Court having recognized the terms of the above settlement,

**IT IS ORDERED** that the funds held in the register of the Court be released pursuant to the terms of the same, to wit:

1. A single disbursement of $ 8,500.00 shall be paid out of the register of the Court, by issuance of a check in that amount payable to "Julie Partlow, the Estate of Mae J. Wallack, Steven Wallack, and their attorney, Heidi Schmid" and delivered to Ms. Heidi Schmid at her address noted herein.

2. A second disbursement of the entire remaining funds (approximately $ 21,500.00) shall be paid out of the register of the Court, by issuance of a check payable to "Roger Sjolander and his attorney, James Marks " and sent to Mr. James Marks at his address noted herein.

Dated: May 3, 2001

Paul A. Magnuson, Chief Judge
United States District Court.