UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

Case Type: Civil
Court File No. 00-807 PAM/JGL

U. S. Bancorp Cash Balance Pension Plan, U. S. Bancorp Employee Term Life Insurance Plan, Minnesota Life Insurance Company,

Plaintiffs,

v.

Julie Partlow, individually, and in her capacity as Personal representative of the Estate of Mae J. Wallack; Roger Sjolander; and Steven Wallack

Defendants.

ORDER OF DISMISSAL

The Court having been advised that the disbursements referred to in the Court's Order dated 5-3, 2001 have been made,

**IT IS ORDERED** that this action is hereby dismissed on its merits and with prejudice but without costs or disbursements to any of the parties

Dated: May 3, 2001

Paul A. Magnuson, Chief Judge
United States District Court.

FILED 5-16-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK